M. E. LOFTON and GEORGE S. THOMAS, for plaintiff in error.

W. M. EVERETT, *contra.*

---

WHITEHEAD BROTHERS *v.* MUNDY.

The head of a family in possession of land may take a homestead thereon, though the legal title may be in another, and after so doing a crop made on the land by the head of the family is protected from levy and sale under ordinary judgments against him. *Pendleton* v. *Hooper,* 87 *Ga.* 108. In a contest between the claimant of the homestead and any one asserting a paramount title to the land, the general law applicable to titles would determine their respective rights.                              *Judgment affirmed.*

March 3, 1893.

Before Judge Janes. · Polk superior court. February term, 1892.

This case was submitted by agreement to the judge without a jury, on the following facts : The claimant had set apart to himself as his estate, for use and benefit of his family, a homestead in certain lands to which he had no title, the title being outstanding in one Cochran, the claimant having possession when they were so set apart. Plaintiffs are judgment creditors of the claimant, and had *fi. fa.* against him levied, since the homestead was set apart, upon cotton raised on said lands since the homestead was set apart, to which levy a claim under the homestead was interposed by the claimant as head of a family. The judge dismissed the levy, and the plaintiffs excepted.

C. E. Carpenter and Broyles & Son, for plaintiffs.

No appearance *contra*.